UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tracy D. Halsell, A/K/A
Terrell Jordon,

    Plaintiff,

        v.                               Case No.   1:23cv405

PeopleReady, Inc.,

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on February 8, 2024 (Doc. 9).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 9) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 9) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Defendant's Motion to Dismiss (Doc. 7) is **GRANTED** and this matter is **TERMINATED** on the active docket of this Court. Further, in the event Plaintiff files any new action in a state court that is subsequently removed to federal court, Plaintiff must comply with the restrictions outlined by the Court in *Jordan v. Pinkett-Smith* and, within 30 days following the removal, submit a certification in the removed case stating that he has

1

complied with the restrictions.

**IT IS SO ORDERED.**

      *s/Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court